## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

MARCUIECE LAMAR JOHNSON                                       PLAINTIFF
#213

v.                              No. 4:25-cv-372-DPM

TIM RYALS, Sheriff
Faulkner County                                              DEFENDANT

### ORDER

1.    Johnson hasn't paid the $405 filing and administrative fees or filed an application to proceed *in forma pauperis*.   He must do one or the other by 4 June 2025.   If he doesn't, his case will be dismissed without prejudice.   LOCAL RULE 5.5(c)(2).

2.    The Court directs the Clerk to mail Johnson an application to proceed *in forma pauperis* and a blank § 1983 form.   If the Court grants him permission to proceed *in forma pauperis*, then the administrative fee will be waived, but Johnson will have to pay the $350 filing fee in monthly installments taken from his prisoner account. 28 U.S.C. § 1915(b).

So Ordered.

_WPMarshall Jr._

D.P. Marshall Jr.
United States District Judge

_5 May 2025_