IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

MARCUIECE LAMAR JOHNSON
#213                                                                               PLAINTIFF

v.                             No. 4:25-cv-372-DPM

TIM RYALS, Sheriff, Faulkner County;
SHAD FOLEY, Detective, Conway Police
Department; BETHANY STUBBE,
Detective, Conway Police Department;
and SCOTT MORAN, Detective,
Cuyahoga County Sheriff                                               DEFENDANTS

ORDER

1. Johnson's motion to proceed *in forma pauperis*, Doc. 4, is granted. The Court assesses an initial partial filing fee of $6.83. Johnson's custodian must collect monthly payments from his prison trust account each time the amount in the account exceeds $10. These payments will be equal to twenty percent of the preceding month's income credited to the account; and they will be collected and forwarded to the Clerk of the Court until the $350 filing fee is paid in full. 28 U.S.C. § 1915(b)(2). The payments forwarded on Johnson's behalf must be clearly identified by case name and case number.

**2.**     The Court directs the Clerk to send a copy of this Order to the Administrator of the Faulkner County Detention Center, 801 Locust Street, Conway, Arkansas 72034.

**3.**     The Court must screen Johnson's § 1983 complaint and amended complaint. *Doc. 1 & 3*; 28 U.S.C. § 1915A. He is awaiting trial for a felony rape charge in Faulkner County, Arkansas. *State v. Johnson*, 23CR-24-1127. Johnson says he was unlawfully arrested and illegally detained. He seeks damages.

The Court must abstain from proceeding with Johnson's federal case. The criminal case is ongoing, Arkansas has an important interest in enforcing its laws, and Johnson may raise his constitutional claims during his state proceedings. *Younger v. Harris*, 401 U.S. 37, 43-45 (1971); *Tony Alamo Christian Ministries v. Selig*, 664 F.3d 1245, 1249 (8th Cir. 2012). Further, Johnson hasn't alleged bad faith, harassment, or any other extraordinary circumstances that would make abstention inappropriate. *Tony Alamo Christian Ministries*, 664 F.3d at 1254. The Court therefore stays his claims until there's a final disposition of his pending state charges. *Yamaha Motor Corp., U.S.A. v. Stroud*, 179 F.3d 598, 603-04 (8th Cir. 1999).

*   *   *

The Court directs the Clerk to stay and administratively terminate this case. Johnson can move to reopen this case after final disposition of his state case, including any appeal. Any motion to reopen must be

-2-

filed within sixty days of that final disposition. If Johnson doesn't file a timely motion to reopen or a status report by 27 May 2026, then the Court will reopen the case and dismiss it without prejudice.

So Ordered.

*[signature]*

D.P. Marshall Jr.
United States District Judge

27 May 2025