IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

MARCUIECE LAMAR JOHNSON
#213                                                                    PLAINTIFF

v.                            No. 4:25-cv-372-DPM

TIM RYALS, Sheriff, Faulkner County;
SHAD FOLEY, Detective, Conway Police
Department; BETHANY STUBBE,
Detective, Conway Police Department;
and SCOTT MORAN, Detective,
Cuyahoga County Sheriff                                             DEFENDANTS

ORDER

Johnson requested leave to amend his complaint. That motion is appreciated. But his proposed amended complaint still contests his pending charge in *State v. Johnson*, 23CR-24-1127. The Court must abstain from proceeding in Johnson's federal case until after the final disposition of his state proceedings. *Younger v. Harris*, 401 U.S. 37, 43-45 (1971); *Doc. 5 at 2*. Johnson has to wait until his state case, including any appeal, is over before he can move to re-open this federal case.

Motion, *Doc. 8*, denied without prejudice. Next status report or motion to re-open still due by 27 May 2026.

-2-

So Ordered.

*[signature: WPMarshall Jr.]*
D.P. Marshall Jr.
United States District Judge

10 June 2025