# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

MARCUIECE LAMAR JOHNSON                          PLAINTIFF
#213

v.                          No. 4:25-cv-372-DPM

TIM RYALS, Sheriff, Faulkner County;
SHAD FOLELY, Detective, Conway Police
Department;  BETHANY STUBBE,
Detective, Conway Police Department;
and SCOTT MORAN, Detective,
Cuyahoga County Sheriff                          DEFENDANTS

## ORDER

Johnson's motion to reopen his case, *Doc. 13*, is denied without prejudice.  Johnson appealed his state criminal conviction. *State v. Johnson*, 23CR-24-1127 (Notice of Appeal).  This federal civil case will remain stayed and administratively terminated pending the outcome of that appeal. Johnson must move to reopen this case within sixty days after his state case is concluded.  If he doesn't file a timely motion to reopen or a status report by 16 October 2026, the Court will reopen this case and dismiss it without prejudice.

- 2 -

So Ordered.

_____

D.P. Marshall Jr.
United States District Judge

_7 April 2026_