**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**MARUIECE LAMAR JOHNSON #213** **PLAINTIFF**

**v.** **No. 4:25-cv-372-DPM**

**TIM RYALS, Sheriff, Faulkner County; SHAD FOLEY, Detective, Conway Police Department; BETHANY STUBBE, Detective, Conway Police Department; and SCOTT MORAN, Detective, Cuyahoga County Sheriff** **DEFENDANTS**

**ORDER**

A public records search reveals that Johnson's state criminal appeal remains pending. *Johnson v. State*, CR-26-401. The Court extends Johnson's time to reopen this case, or to file a status report, until 26 October 2027. If neither is done, then the Court will reopen the case and dismiss it without prejudice.

So Ordered.

D.P. Marshall Jr.
United States District Judge

27 October 2026